UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TAX ANALYSTS and ALLEN KENNEY,  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>INTERNAL REVENUE SERVICE,  )<br>  )<br>Defendant.  )<br>_____ ) | Civ. No. 06-1983 (ESH)<br>Judge Huvelle |

AFFIDAVIT OF SERVICE

Cornish F. Hitchcock hereby declares and states as follows.

1. I am one of the attorneys for plaintiffs in this case. I am filing this affidavit of service in connection with the complaint recently filed herein.

2. On 20 November 2006 I caused the defendant Internal Revenue Service to be served with the summons and complaint via certified mail, return receipt requested. Service was acknowledged on 24 November 2006, as evidenced by the attached receipt card from the U.S. Postal Service for item No. 7004-0550-0000-5095-1128.

3. On 20 November 2006 I caused the United States Attorney for the District of Columbia to be served with the summons and complaint via certified mail, return receipt requested. Service was acknowledged on 24 November 2006, as evidenced by the attached printout for item No. 7004-0550-0000-5095-1142.

4. On 20 November 2006 I caused the Attorney General of the United States to be served with the summons and complaint via certified mail, return receipt

requested. Service was acknowledged on 27 November 2006, as evidenced by the attached receipt card for item No. 7004-0550-0000-5095-1135.

Pursuant to 28 U.S.C. § 1746 I declare under penalty of perjury that the foregoing is true and correct.

Executed at Washington, D.C. this 6th day of December, 2006.

/s/ Cornish F. Hitchcock
Cornish F. Hitchcock

2

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Attorney General of the<br>United States<br>U.S. Department of Justice<br>Washington, DC  20530 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☒ Certified Mail    ☐ Express Mail<br>☐ Registered        ☒ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label)  7004 0550 0000 5095 1135 | |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Internal Revenue Service<br>1111 Constitution Avenue, NW<br>Washington, DC  20224 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☒ Certified Mail    ☐ Express Mail<br>☐ Registered        ☒ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label)  7004 0550 0000 5095 1128 | |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540



Home | Help | Sign In

Track & Confirm      FAQs

# Track & Confirm

### Search Results

Label/Receipt Number: **7004 0550 0000 5095 1142**
Detailed Results:

- **Delivered, November 24, 2006, 11:15 am, WASHINGTON, DC 20530**
- **Notice Left, November 24, 2006, 11:01 am, WASHINGTON, DC 20530**
- **Arrival at Unit, November 24, 2006, 10:53 am, WASHINGTON, DC 20022**
- **Acceptance, November 21, 2006, 1:30 pm, ROCKVILLE, MD 20850**

**Track & Confirm**

Enter Label/Receipt Number.

( Go > )

( < Back )   ( Return to USPS.com Home > )

**Notification Options**

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.  ( Go > )



POSTAL INSPECTORS         site map   contact us   government services   jobs   **National & Premier Accounts**
Preserving the Trust      Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy



U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

WASHINGTON DC 20001

| | | |
|---|---|---|
| Postage | $1.35 | 0850 |
| Certified Fee | $2.40 | 31 Postmark Here |
| Return Receipt Fee (Endorsement Required) | $1.85 | |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ 5.605.60 | 11/21/2006 |

Sent To: US ATTORNEY
Street, Apt. No.; or PO Box No.: 555 4TH ST NW
City, State, ZIP+4: WASHINGTON DC 20001