IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TAX ANALYSTS and ALLEN KENNEY, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No. 1:06-cv-01983-ESH |
| | ) |
| INTERNAL REVENUE SERVICE, | ) |
| | ) |
| Defendant. | ) |

## ANSWER

### FIRST DEFENSE

This Court lacks jurisdiction to order the injunctive relief sought as defendant has not improperly withheld agency records from plaintiffs.

### SECOND DEFENSE

Plaintiffs are not entitled to costs or attorney's fees.

### THIRD DEFENSE

As its Third Defense, defendant responds to the enumerated allegations of the complaint as follows:

1. This is a characterization of plaintiffs' complaint to which no response is required. To the extent a response is required, defendant denies that plaintiffs correctly characterize their complaint.

2118231.1

2. Defendant denies the allegations contained in the first sentence of this paragraph. Defendant admits the allegations contained in the second sentence of this paragraph.

3. Defendant admits the allegations contained in this paragraph.

4. Defendant admits the allegations contained in this paragraph.

5. This is a characterization of 5 U.S.C. § 552(a)(6)(A)-(C) to which no response is required. To the extent a response is required, defendant denies that the allegations of this paragraph fully and accurately characterize 5 U.S.C. § 552(a)(6)(A)-(C).

6. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

7. Defendant admits that Allen Kenney filed a FOIA request on January 23, 2006. Defendant presently lacks knowledge or information sufficient to form a belief as to the truth of the remainder of the allegations contained in this paragraph.

8. Defendant admits the allegations contained in the first sentence of this paragraph. Defendant admits that the request for delay did not comply with the only section of the FOIA that provides for an enforced extension in responding to a FOIA request – 5 U.S.C. § 552(a)(6)(B) – but denies the remainder of the allegations contained in the second sentence of this paragraph.

9. Defendant admits the allegations contained in this paragraph.

10. Defendant admits the allegations contained in this paragraph.

11. Defendant admits the allegations contained in the first sentence of this paragraph. Defendant admits that none of Exhibits 2-6 complied with the provisions of 5 U.S.C. § 552(a)(6)(B) authorizing an enforced extension of time in which to respond to a FOIA request but denies the remainder of the allegations contained in the second sentence of this paragraph.

12. Defendant admits the allegations contained in this paragraph.

13. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

14. Defendant admits the allegations contained in this paragraph, except that defendant lacks knowledge or information sufficient to form a belief as to whether plaintiff's counsel had previously telephoned Mr. Mack.

15. Defendant admits the allegations contained in this paragraph.

16. Defendant admits the allegations contained in this paragraph.

17. Defendant admits the allegations contained in this paragraph.

18. Defendant admits the allegations contained in this paragraph.

19. Defendant admits the allegations contained in this paragraph.

20. Defendant denies that November 16, 2006 was 20 business days after receipt of plaintiffs' administrative appeal. Defendant admits the remainder of the allegations contained in this paragraph.

21. Defendant admits the allegations contained in this paragraph.

22. Defendant admits the allegations contained in this paragraph.

2118231.1

23. This paragraph contains plaintiffs' prayer for relief to which no response is required. To the extent a response is required, plaintiff denies the allegations contained in this paragraph.

WHEREFORE, defendant prays that this Court enter an order:

A. Dismissing this action with prejudice; and

B. Awarding such other and further relief as is just and proper in the circumstances.

Dated:  December 26, 2006.

/s/ David M. Katinsky
DAVID M. KATINSKY
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6435

OF COUNSEL:

JEFFREY A. TAYLOR
United States Attorney

2118231.1

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that the foregoing ANSWER was caused to be served this 26th day of December, 2006, by depositing a true and correct copy thereof in the United States mail, postage prepaid, addressed as follows:

>William A. Dobrovir, Esq.
>P.O. Box 198
>Sperryville, VA 22740-0198
>
>Cornish F. Hitchcock, Esq.
>Suite 350
>5301 Wisconsin Avenue, N.W.
>Washington, D.C. 20015

>/s/ David M. Katinsky
>DAVID M. KATINSKY

2118231.1