UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TAX ANALYSTS and ALLEN KENNEY, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 1:06-CV-1983-ESH |
| ) | |
| INTERNAL REVENUE SERVICE ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**PLAINTIFFS' CONSENT RESPONSE TO DEFENDANT'S
OPPOSITION TO PLAINTIFFS' MOTION FOR A <u>VAUGHN</u>
INDEX OR IN THE ALTERNATIVE FOR <u>IN CAMERA</u>
<u>INSPECTION</u>; AND SCHEDULING AGREEMENT**

Plaintiffs' and defendant's counsel have agreed and stipulated as follows, subject to the Court's approval:

1. Plaintiffs will respond to defendant's dispositive motion, to be filed and served on or before February 28, 2007, within 30 days after service, on or before March 30, 2007.

2. Plaintiffs and defendant jointly request that the Court hold Plaintiffs' Motion for a <u>Vaughn</u> Index or in the Alternative for <u>In Camera</u> Inspection in abeyance, pending defendant's filing and service of its dispositive motion and until plaintiffs further advise the Court whether they wish to pursue that motion.

Respectfully submitted,

*[signature]*

WILLIAM A. DOBROVIR
  D.C. Bar No. 030148
P.O. Box 198
Sperryville, VA 22740-0198
(540) 987-9114

*[signature: Cornish F. Hitchcock]*

CORNISH F. HITCHCOCK
   D.C. Bar No. 238824
Suite 350
5301 Wisconsin Avenue, N.W.
Washington, D.C. 20015
(202) 364-1050

Dated: 31 January 2007        Attorneys for Plaintiffs


CERTIFICATE OF SERVICE

   I HEREBY CERTIFY that a copy of the foregoing Plaintiffs' Consent Response to Defendant's Opposition to Plaintiffs' Motion for a <u>Vaughn</u> Index or in the Alternative for <u>In Camera</u> Inspection; and Scheduling Agreement was filed electronically this 31st day of January, 2007, and that a copy thereof will be mailed electronically to:

   David M. Katinsky, Esq.
   Trial Attorney, Tax Division
   U.S. Department of Justice
   P.O. Box 227
   Ben Franklin Station
   Washington, D.C. 20044

   Counsel for Defendant IRS


*[signature: Cornish F. Hitchcock]*
CORNISH F. HITCHCOCK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TAX ANALYSTS and ALLEN KENNEY, )
)
        Plaintiffs, )
)
    v. ) No. 1:06-CV-1983-ESH
)
INTERNAL REVENUE SERVICE )
)
        Defendant. )
_____)

**ORDER**

In regard to Plaintiffs' Consent Response to Defendant's Opposition to Plaintiffs' Motion for a <u>Vaughn</u> Index or in the Alternative for <u>In</u> <u>Camera</u> Inspection; and Scheduling Agreement, it is this _____ day of _____, 2007, ORDERED

1. Defendant shall file a dispositive motion on or before February 28, 2007, and plaintiffs shall file their response thereto on or before March 30, 2007.

2. The Court shall not rule on Plaintiffs' Motion for a <u>Vaughn</u> Index or in the Alternative for <u>In</u> <u>Camera</u> Inspection until a further filing on that matter by plaintiffs.

_____
UNITED STATES DISTRICT JUDGE