IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TAX ANALYSTS and ALLEN KENNEY, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 1:06-cv-01983-ESH |
| ) | |
| INTERNAL REVENUE SERVICE, ) | |
| ) | |
| Defendant. ) | |

**UNOPPOSED MOTION TO ENLARGE TIME TO FILE DISPOSITIVE MOTIONS AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT**

Pursuant to LCvR 7, defendant, the Internal Revenue Service moves this Court for an order enlarging by nine days the time for both parties to file dispositive motions in this Freedom Information Act case. Specifically, the Service requests that this Court enlarge the time for the Service to file its dispositive motion, with supporting detailed declarations, to March 9, 2007 and the time for plaintiffs to file their response to April 9, 2007. As will be demonstrated below, there is good cause to grant this motion and plaintiffs do not oppose it.

MEMORANDUM OF POINTS AND AUTHORITIES

STATEMENT AND DISCUSSION

1. <u>Introduction.</u>  Plaintiffs filed their FOIA complaint on or about November 20, 2006. The complaint requests: (1) a declaratory judgment that the Service has violated the provisions of 5 U.S.C. § 552(a)(6)(A) and (B); (2) that the Court order the Service to release documents responsive to plaintiffs' alleged FOIA requests of August 19, 2005

2254116.1

and January 23, 2006; and (3) an award of attorneys' fees and costs. The Service filed its answer on December 26, 2006, requesting that this Court dismiss the action with prejudice.

On January 11, 2007, plaintiffs filed a motion for a <u>Vaughn</u> index or, in the alternative, for *in camera* inspection. The proposed order would require the Service to file and serve a <u>Vaughn</u> index of all withheld documents by a date to be determined by the Court. The Service filed an opposition to this motion on January 25, 2007. The opposition argued both that the motion was premature – in that the Internal Revenue Service must be afforded an opportunity to present its case through detailed declarations – and that a <u>Vaughn</u> index was particularly ill-suited to this case. In its opposition, the Service indicated that it intended to file a dispositive motion on or before February 28, 2007. In a footnote, the Service stated that this was an ambitious schedule that was primarily motivated by its trial attorney being involved in a three-week trial starting on March 5, 2007. (Defendant's Opposition to Plaintiffs' Motion for a <u>Vaughn</u> Index or, in the Alternative, for In Camera Inspection at 4 & n.5.)

On January 31, 2007, plaintiffs filed a consent response in which it asked the Court to establish briefing dates of February 28, 2007 for the Internal Revenue Service and March 30, 2007 for plaintiffs and to hold plaintiffs' motion for a <u>Vaughn</u> index in abeyance, pending plaintiffs' determination, after viewing the Service's dispositive motion, as to whether they wished to pursue the motion. In a January 31, 2007 minute

order, the Court established February 28, 2007 as a dispositive motion deadline for the Service and March 30, 2007 as a dispositive motion deadline for plaintiffs.

    2.  <u>The status of the United States' dispositive motion and the need for an extension.</u>  As anticipated, the February 28, 2007 deadline is a difficult one for the Service to meet.  The case involves extensive work in preparing both the evidentiary and legal support for the motion.  Moreover, this case involves the scarce time of high-level officials of the Internal Revenue Service both in preparing the declarations and reviewing the materials prepared.  In addition, the trial in which the undersigned Department of Justice attorney was to be involved has been adjourned, thereby freeing up the attorney to make use of the additional time requested and needed.

    3.  <u>Relief requested.</u>  Based on the foregoing the United States is of the belief that an enlargement of time of nine (9) days would be sufficient to allow it to file its dispositive motion with supporting declarations.

    4.  <u>The Court has discretion to grant this motion.</u>  Pursuant to Fed. R. Civ. P. 6(b)(1), the Court for cause shown, may enlarge the time for filing dispositive motions, among other things.  *See Poe v. Christina Copper Mines, Inc.*, 15 F.R.D. 85, 87-88 (D. Del. 1953)  As Professor Moore has commented:

> Ordinarily, of course, the court should be liberal in granting extensions of time before the period to act has elapsed, so long as the moving party has not been guilty of negligence or bad faith and the privilege of extensions is not abused.

2 Moore, *Federal Practice*, § 6108 at 6-83; *Motzinger v. Flynt*, 119 F.R.D. 373, 375 (M.D.N.C. 1988); *Baden v. Craig-Hallum, Inc.*, 115 F.R.D. 582, 585 (D. Minn. 1987).  The United States has not been guilty of negligence or bad faith, nor has the privilege of extensions been abused by the United States.

    5.  <u>Plaintiffs do not oppose this motion.</u>  On February 20, 2007, the undersigned counsel for the Internal Revenue Service, telephoned William Dobrovir, plaintiffs' counsel.  Mr. Dobrovir stated that plaintiffs do not oppose this motion.

    6.  <u>Summary.</u>  The Court should exercise its discretion to grant the requested enlargement of time in the interests of justice and for cause shown.

CONCLUSION

    It is the position of the United States that the motion for enlargement of time ought to be granted.

Dated:  February 22, 2007

                         <u>/s/ David M. Katinsky</u>
                         DAVID M. KATINSKY
                         Trial Attorney, Tax Division
                         U.S. Department of Justice
                         P.O. Box 227
                         Ben Franklin Station
                         Washington, D.C. 20044
                         Telephone: (202) 307-6435

OF COUNSEL:

JEFFREY A. TAYLOR
United States Attorney

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that the foregoing UNOPPOSED MOTION TO ENLARGE TIME TO FILE DISPOSITIVE MOTIONS AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT and proposed ORDER GRANTING UNOPPOSED MOTION TO ENLARGE TIME TO FILE DISPOSITIVE MOTIONS were caused to be served this 22nd day of February, 2007, by depositing a true and correct copy thereof in the United States mail, postage prepaid, addressed as follows:

>William A. Dobrovir, Esq.
>P.O. Box 198
>Sperryville, VA 22740-0198
>
>Cornish F. Hitchcock, Esq.
>Suite 350
>5301 Wisconsin Avenue, N.W.
>Washington, D.C. 20015

>/s/ David M. Katinsky
>DAVID M. KATINSKY

2254116.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TAX ANALYSTS and ALLEN KENNEY,  )<br>  )<br>      Plaintiffs,  )<br>  )<br>      v.  )<br>  )<br>INTERNAL REVENUE SERVICE,  )<br>  )<br>      Defendant.  ) | No. 1:06-cv-01983-ESH |

**ORDER GRANTING UNOPPOSED MOTION TO
ENLARGE TIME TO FILE DISPOSITIVE MOTIONS**

Having considered the Internal Revenue Service's Unopposed Motion to Enlarge Time to File Dispositive Motions and Memorandum of Points and Authorities in Support and the entire record of this proceeding, it is by the Court hereby

ORDERED that the Internal Revenue Service's Unopposed Motion to Enlarge Time to File Dispositive Motions be, and hereby is, GRANTED; and it is further

ORDERED that the Internal Revenue Service shall file a dispositive motion or or before March 9, 2007; and it is further

ORDERED that plaintiffs shall file their response on or before April 9, 2007; and it is further

ORDERED that the Clerk shall provide copies of this order to the parties.

SO ORDERED this ____ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE

2258146.1