UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TAX ANALYSTS and ALLEN KENNEY,        )
                                      )
        Plaintiffs,                   )
                                      )
    v.                                )   No. 1:06-CV-1983(ESH)
                                      )
INTERNAL REVENUE SERVICE              )
                                      )
        Defendant.                    )
                                      )

**STIPULATION**

Plaintiffs and defendant hereby stipulate and agree, subject to the approval of the Court:

1. Plaintiffs shall serve on defendant no more than 25 interrogatories pursuant to Fed.R.Civ.P. 33 on or before March 30, 2007. Defendant shall answer or object to the interrogatories within 30 days of service as provided by Fed.R.Civ.P. 33(b) and 26(b)(5).

2. In order to permit the parties to proceed as provided in ¶ 1 above, plaintiffs' time to file and serve their opposition to defendant's motion for summary judgment shall be continued to 30 days after plaintiffs receive defendant's responses to plaintiffs' interrogatories; but subject to ¶¶ 3 and 4 below.

3(a). If plaintiffs deem defendants' responses to their Rule 33 interrogatories insufficient to permit them effectively to oppose defendant's motion for summary judgment, plaintiffs may move the Court, within the 30 day period specified in ¶ 2 above, for a further continuance, pursuant to Fed.R.Civ.P. 56(f), in order to take further discovery.

2348934.1

(b).  The discovery that plaintiffs may so request shall be limited to (1) a <u>Vaughn</u> index, (2) Rule 34 requests for production of documents and (3) no more than three depositions: one deposition of defendant's declarant, Commissioner of Internal Revenue Mark W. Everson; one deposition of defendant's declarant, Brad Bouton, and one deposition of a member of defendant's Senior Executive Team ("SET").

4.  Defendant may oppose any motion for a continuance that plaintiffs may file pursuant to ¶ 3 above.  Defendant may oppose or object to plaintiffs' proposed <u>Vaughn</u> index, plaintiffs' proposed Rule 34 requests for production of documents and/or

plaintiffs' proposed depositions, or any of them, or may move for a protective order under Fed.R.Civ.P. 26(c).

Dated: March __, 2007

Respectfully submitted,

| | |
|---|---|
| William A. Dobrovir | David M. Katinsky |
| WILLIAM A. DOBROVIR | DAVID M. KATINSKY |
|   D.C. Bar No. 030148 |   D.C. Bar No. |
| P.O. Box 198 | Trial Attorney, Special Litigation |
| Sperryville, VA 22740-0198 | Tax Division |
| (540) 987-9114 | U.S. Department of Justice |
| | P.O. Box 227 |
| | Ben Franklin Station |
| | Washington, D.C. 20044 |
| | |
| | Counsel for Defendant IRS |

CORNISH F. HITCHCOCK
  D.C. Bar No. 238824
Suite 350
5301 Wisconsin Avenue, N.W.
Washington, D.C. 20015
(202) 364-1050

Attorneys for Plaintiffs


Approved:


_____
UNITED STATES DISTRICT JUDGE

Dated: _____