UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
TAX ANALYSTS and ALLEN KENNEY,   )
                                 )
            Plaintiffs,          )
                                 )
       v.                        )   No. 1:06-CV-1983(ESH)
                                 )
INTERNAL REVENUE SERVICE         )
                                 )
            Defendant.           )
                                 )
```

**JOINT MOTION TO ENLARGE EXISTING DEADLINES**

Plaintiffs and defendant hereby jointly move this Court for an order enlarging the time for defendant to respond to plaintiff's first set of interrogatories and for plaintiff to either: (1) respond to defendant's summary judgment motion or (2) seek a further continuance of its response, pursuant to Fed.R.Civ.P. 56(f). The grounds for this motion are contained in the following memorandum of points and authorities.

**MEMORANDUM OF POINTS AND AUTHORITIES**

1. Pursuant to a stipulation and order entered by the Court on March 28, 2007, plaintiffs have served a set of interrogatories on defendant, the response to which is due to be served on April 30, 2007. Under that same stipulation and order, plaintiffs would have 30 days from receipt of the response to their interrogatories to either: (1) file and serve their opposition to defendant's summary judgment motion or (2) request an additional continuance, pursuant to Fed.R.Civ.P. 56(f), to undertake additional specified discovery. Defendant has the right under the stipulation and order to oppose any such motion

2427905.1

for additional discovery.

    2.   Plaintiffs' interrogatories are directed largely toward statements made by the Commissioner of the Internal Revenue Service in a declaration supporting the defendant's summary judgment motion. Therefore, the Commissioner must respond to the vast majority of interrogatories and attest to those responses.

    3.   Limitations on the Commissioner's time have made it difficult to respond to plaintiffs' interrogatories by April 30, 2007. Accordingly, the parties request that defendant's time for responding to plaintiffs' first set of interrogatories be extended by one week, to May 7, 2007.

    4.   In addition, the Commissioner has announced that he is leaving the Internal Revenue Service, and his departure will take place within the next four weeks.

    5.   The parties believe that it is in the interests of justice and judicial economy for the parties to have time to review their positions following defendant's response to plaintiffs' first set of interrogatories and the appointment of the Commissioner's successor to see if the case can be resolved or if the issues can be narrowed. Accordingly, the parties request that the schedule provide for an additional 30 days – for a total of 60 days – following plaintiffs' receipt of defendant's response to plaintiffs' first set of interrogatories for plaintiffs to either: (1) file and serve their opposition to defendant's summary judgment motion or (2) request an additional continuance, pursuant to Fed.R.Civ.P. 56(f), to undertake additional specified discovery.

6.  If the parties resolve the case or narrow the issues in the 60-day window between receipt of the interrogatory responses and the filing of an opposition or motion for continuance, they will promptly report any such development to the Court.

Wherefore, the parties respectfully request that defendant be permitted until May 7, 2007 to serve its response to plaintiff's first set of interrogatories and that plaintiff be permitted until 60 days after receipt of that response to either: (1) file and serve their opposition to defendant's summary judgment motion or (2) request an additional continuance,

pursuant to Fed.R.Civ.P. 56(f), to undertake some or all of the discovery specified in the March 28, 2007 stipulation and order.

Dated: April 27, 2007

Respectfully submitted,


<u>William A. Dobrovir</u>                    <u>David M. Katinsky</u>
WILLIAM A. DOBROVIR                  DAVID M. KATINSKY
  D.C. Bar No. 030148                 D.C. Bar No.
P.O. Box 198                         Trial Attorney, Special Litigation
Sperryville, VA 22740-0198           Tax Division
(540) 987-9114                       U.S. Department of Justice
                                     P.O. Box 227
                                     Ben Franklin Station
                                     Washington, D.C. 20044

                                     Counsel for Defendant IRS


CORNISH F. HITCHCOCK
  D.C. Bar No. 238824
Suite 350
5301 Wisconsin Avenue, N.W.
Washington, D.C. 20015
(202) 364-1050

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TAX ANALYSTS and ALLEN KENNEY, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>INTERNAL REVENUE SERVICE )<br>)<br>Defendant. )<br>) | No. 1:06-CV-1983(ESH) |

**ORDER GRANTING JOINT MOTION TO ENLARGE EXISTING DEADLINES**

Having considered the JOINT MOTION TO ENLARGE EXISTING DEADLINES, the Court

ORDERS that the JOINT MOTION TO ENLARGE EXISTING DEADLINES be granted; and it is further

ORDERED that the defendant shall have up to and including May 7, 2007 to serve its response to plaintiffs' first set of interrogatories; and it is further

ORDERED that the plaintiffs shall, within 60 days of receipt of defendant's response to plaintiffs' interrogatories, either: (1) file and serve their opposition to defendant's summary judgment motion or (2) request an additional continuance, pursuant to Fed.R.Civ.P. 56(f), to undertake some or all of the

2428018.1

discovery specified in this Court's March 28, 2007 stipulation and order.

    SO ORDERED this \_\_\_\_ day of _____, 2007.

 

                                                                                           UNITED STATES DISTRICT JUDGE