UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TAX ANALYSTS and ALLEN KENNEY,<br><br>     Plaintiffs,<br><br>     v.<br><br>INTERNAL REVENUE SERVICE<br><br>     Defendant. | )<br>)<br>)<br>)<br>)<br>) No. 1:06-CV-1983(ESH)<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT MOTION TO SUSPEND
EXISTING SUMMARY JUDGMENT RESPONSE DEADLINE**

Plaintiffs and defendant hereby jointly move this Court for an order enlarging the time for plaintiff to either: (1) respond to defendant's summary judgment motion or (2) seek a further continuance of its response, pursuant to Fed.R.Civ.P. 56(f). The grounds for this motion are contained in the following memorandum of points and authorities.

**MEMORANDUM OF POINTS AND AUTHORITIES**

1. On March 9, 2007, the Internal Revenue Service filed a summary judgment motion in this action. Thereafter, plaintiffs served interrogatories on the Service, which interrogatories were responded to on May 8, 2007. In an April 27, 2007 minute order, the Court permitted plaintiffs until 60 days after the service of defendant's interrogatory responses to file one of the following: (1) either an opposition to defendant's summary judgment motion or (2) a request, pursuant to Fed.R.Civ.P. 56(f), to enlarge its response date to the summary judgment motion in order to

undertake additional discovery.[1]  Given that the interrogatory responses were served on May 8, 2007, the deadline for plaintiff's filing presently is July 9, 2007.

    2.   The Internal Revenue Service presently intends to produce on or about July 9, 2007 all documents at issue in this case, redacting only small amounts of information protected by 5 U.S.C. § 552(b)(3) and 26 U.S.C. § 6103(a), which redactions plaintiffs have previously indicated they do not oppose.  This will result in either an agreed dismissal of the action by the parties or an amended summary judgment motion by defendant.  In either event, there is no purpose served by forcing plaintiffs to respond to the summary judgment motion presently before the Court.

    3.   The parties believe that it is in the interests of justice and judicial economy that plaintiffs' deadline for responding to the defendant's existing summary judgment motion be suspended.

Wherefore, the parties respectfully request that plaintiff's deadline to either (1) file and serve their opposition to defendant's summary judgment motion or (2) request an additional continuance, pursuant to Fed.R.Civ.P. 56(f), to undertake some or all of the discovery specified in the March 28, 2007 stipulation and order be suspended.

    Dated: July 6, 2007

---

[1] A March 28, 2007 stipulation and order limited the types of discovery that plaintiffs could request and preserved the right of defendant to oppose such a request.

Respectfully submitted,

| | |
|---|---|
| William A. Dobrovir | David M. Katinsky |
| WILLIAM A. DOBROVIR | DAVID M. KATINSKY |
|   D.C. Bar No. 030148 |   D.C. Bar No. |
| P.O. Box 198 | Trial Attorney, Special Litigation |
| Sperryville, VA 22740-0198 | Tax Division |
| (540) 987-9114 | U.S. Department of Justice |
| | P.O. Box 227 |
| | Ben Franklin Station |
| | Washington, D.C. 20044 |
| | |
| | Counsel for Defendant IRS |

CORNISH F. HITCHCOCK
  D.C. Bar No. 238824
Suite 350
5301 Wisconsin Avenue, N.W.
Washington, D.C. 20015
(202) 364-1050

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TAX ANALYSTS and ALLEN KENNEY, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> INTERNAL REVENUE SERVICE ) <br> ) <br> Defendant. ) <br> ) | No. 1:06-CV-1983(ESH) |

**ORDER GRANTING JOINT MOTION TO SUSPEND
EXISTING SUMMARY JUDGMENT RESPONSE DEADLINE**

Having considered the JOINT MOTION TO SUSPEND EXISTING SUMMARY JUDGMENT RESPONSE DEADLINE, the Court

ORDERS that the JOINT MOTION TO SUSPEND EXISTING SUMMARY JUDGMENT RESPONSE DEADLINE be granted; and it is further

ORDERED that plaintiffs need not respond to the Motion of Internal Revenue Service for Summary Judgment filed on March 9, 2007 absent further order of this Court.

SO ORDERED this _____ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE

2598183.1