UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TAX ANALYSTS and ALLEN KENNEY, )<br>)<br>        Plaintiffs, )<br>)<br>   v.                           )<br>)<br>INTERNAL REVENUE SERVICE     )<br>)<br>        Defendant. )<br>) | No. 1:06-CV-1983(ESH) |

**STIPULATION OF DISMISSAL**

Pursuant to Fed.R.Civ.P. 41(a)(1)(ii), plaintiffs, Tax Analysts and Allen Kenney, and defendant Internal Revenue Service, by and through their undersigned counsel, stipulate and agree to the following:

1.  Defendant Internal Revenue Service ("IRS") has released to plaintiff Tax Analysts the monthly performance reviews that the parties have treated as the subject of Tax Analysts' complaint, with certain redactions that Tax Analysts does not challenge. IRS similarly will release before October 15, 2007, all monthly performance reviews for FY 2007.

2.  IRS has released to Tax Analysts, as made public in accord with 26 U.S.C. § 6110, a private letter ruling that is referred to in some of the monthly performance reviews.

3.  Tax Analyst submitted a § 6110 request on July 23, 2007 for background file documents for the private letter ruling referred to in paragraph 2. The Service will process the request without charge in accordance with 26 U.S.C. § 6110 and the rules and regulations thereunder. The Service will use its best

2666839.3

efforts to expedite that processing consistent with the rules and regulations governing § 6110 and will report the status of that processing to Tax Analysts' undersigned counsel approximately every 30 days from the date this stipulation is filed.

4. Based on the foregoing representations, this action will be dismissed, each party to bear its own costs and attorney's fees.

Dated: August 13, 2007

/s/ William A. Dobrovir
WILLIAM A. DOBROVIR
  D.C. Bar No. 030148
P.O. Box 198
Sperryville, VA 22740-0198
(540) 987-9114

/s/ David M. Katinsky
DAVID M. KATINSKY
  D.C. Bar No.
Trial Attorney, Special Litigation
Tax Division
U.S. Department of Justice
P.O. Box 227
Ben Franklin Station
Washington, D.C. 20044

Counsel for Defendant IRS

CORNISH F. HITCHCOCK
  D.C. Bar No. 238824
Suite 350
5301 Wisconsin Avenue, N.W.
Washington, D.C. 20015
(202) 364-1050

Attorneys for Plaintiffs